No. 679. PACIFIC SOUTHWEST TRUST & SAVINGS BANK, EXECUTOR, v. COMMISSIONER OF INTERNAL REVENUE. March 9, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Messrs. Frank H. McCulloch and Hugh W. McCulloch for

petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, J. Louis Monarch, Clarence M. Charest,* and *Prew Savoy* for respondent.